CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 09 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **BRIAN FARABEE,** | ) | CASE NO. 7:16CV00325 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| **HAROLD CLARKE, ET AL.,** | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the plaintiff's motion for preliminary injunctive relief (ECF No. 12) is **DENIED**, without prejudice to his ability to file another such a motion, if warranted, in the event that he returns to Red Onion before the conclusion of this litigation; and the motion by the Office of the Attorney General (ECF No. 24) is **DISMISSED** as moot.

ENTER: This 8th day of September, 2016.

/s/ Glen E. Conrad
Chief United States District Judge