CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 1 8 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| BRIAN FARABEE,<br>    Plaintiff, | ) | Civil Action No. 7:16-cv-00325 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD CLARKE, <u>et al.</u>,<br>    Defendants. | ) | **By:   Hon. Michael F. Urbanski**<br>    **United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion for a preliminary injunction (ECF No. 35) is **DENIED**.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This _____ day of April, 2017.

/s/ Michael F. Urbanski
_____
United States District Judge