CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 27 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BRIAN FARABEE,<br>    Plaintiff, | Civil Action No. 7:16-cv-00325 |
| v. | **ORDER** |
| HAROLD CLARKE, et al.,<br>    Defendants. | By:  Hon. Michael F. Urbanski<br>       Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's objection (ECF No. 177) is **OVERRULED**; the report and recommendation (ECF No. 154) is **ADOPTED**; and Plaintiff's motion for a preliminary injunction (ECF No. 106) is **DENIED**.

**ENTER:** This 25 day of August, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge